

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00577-CV

Lewis S. **CHRISTIAN**, Jr. M.D.P.A. and Lewis S. Christian, Jr., Individually,
Appellants

v.

Chris **SCHUCHART**, Independent Executor for the Estate of Tom A. Russell, Deceased,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 12170A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  November 28, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have compromised and settled the issues in dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellants. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM